ROBERT E. BELSHAW (SBN 142028)
OF COUNSEL
GUTIERREZ & ASSOCIATES
244 California St. Ste.300
San Francisco, California 94111
Telephone: (415) 956-9590
Facsimile: (415) 986-8606

Attorneys for Plaintiff
American Small Business League

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE | CASE NO. |
| Plaintiff, | COMPLAINT FOR INJUNCTIVE RELIEF |
| v. | |
| National Aeronautics and Space Administration | FREEDOM OF INFORMATION ACT (5 U.S.C. 552 (a)(3)(A)) |
| Defendant. | |

## COMPLAINT FOR INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, ("FOIA") for injunctive and other appropriate relief to compel the disclosure and release of documents improperly withheld from Plaintiff by the National Aeronautics and Space Administration.

## JURISDICTION AND VENUE

2. This court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). This court also has jurisdiction

- 1 -
COMPLAINT FOR INJUNCTIVE RELIEF

over this action pursuant to 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

## THE PARTIES

3. Plaintiff is the American Small Business League ("ASBL"), an organization incorporated in California which has its principal place of business in Sonoma County, California. ASBL is a national organization established to research and focus public attention on emerging small business issues and to otherwise promote the interests of small businesses. ASBL's activities include the review of evolving federal and state government policy and procedures to determine possible impact on small business.

4. Defendant National Aeronautics and Space Administration (hereinafter "NASA") is an "agency" within the meaning of 5 U.S.C. § 552 (f).

## PLAINTIFF'S FOIA REQUEST AND THE NASA'S RESPONSE

5. On or about January 5, 2010 pursuant to the Freedom of Information Act ("FOIA"), ASBL requested records from NASA consisting of "The Individual Subcontracting Report (ISR/SF 294) and the Summary Subcontracting Report (SSR/SF 295) for the contract with PIID GSFC0200002DNNAS500110 to General Dynamics CA Systems Incorporated, DUNS 153383612." The request was directed to the NASA Goddard Space Flight Center, in Greenbelt Maryland. A true and correct copy of the request is attached hereto as Exhibit A.

6. NASA responded on January 19, 2010 acknowledging receipt of the FOIA request stating that it was *forwarding* the request to the NASA Goddard Space Flight Center in Greenbelt, Maryland for a response. A true and correct copy of NASA's January 19, 2009 response is attached hereto as Exhibit B.

7. NASA did not further respond the ASBL's FOIA request. On February 19, 2010 ASBL appealed NASA's failure to respond to its FOIA request. A true and correct copy of ASBL's appeal is attached hereto as Exhibit C.

- 2 -
COMPLAINT FOR INJUNCTIVE RELIEF

9. NASA did not respond to ASBL's FOIA request, or ASBL'S appeal in the time allowed by FOIA, nor has it responded at all.

10. ASBL has a right of access to the documents requested pursuant to 5 U.S.C. § 552 (a)(3), and there is no legal basis for NASA's denial of such access. Accordingly, ASBL seeks an order from this court compelling NASA to provide the requested information.

## CAUSE OF ACTION

### Violation of the Freedom of Information Act

### for Wrongful Withholding of Agency Records

11. NASA has wrongfully withheld documents requested by ASBL.

12. ASBL has exhausted the administrative remedies with respect to NASA's wrongful withholding of the requested documents.

13. ASBL is entitled to injunctive relief and an order from this Court compelling an immediate release and disclosure of the requested documents.

## PRAYER FOR RELIEF

WHEREFORE, ASBL prays that this Court:

A. Issue an order compelling NASA to disclose all responsive documents in their entirety;

B. Provide for expeditious proceedings in this action;

C. Award ASBL its costs and reasonable attorneys' fees incurred in this action; and

D. Grant such other relief as the Court may deem just and proper.

Dated: April 27, 2010                           GUTIERREZ & ASSOCIATES

By: _____
ROBERT E. BELSHAW
Attorneys for Plaintiff

EXHIBIT A

```
From: kbaron@asbl.com
Reply-to: kbaron@asbl.com
Subject: None
```

---

```
Name: Kevin Baron
Address: 3910 Cypress Drive, Suite B
Petaluma, CA 94954
Phone #: 707-789-9575
Fax #: 707-789-9580
E-mail: kbaron@asbl.com
```

---

Select the type of document that you are requesting:
Other
Description:  January 5, 2010

NASA Goddard Space Flight Center
Freedom of Information Office
Code 130
Greenbelt, Maryland 20771

Re: Freedom of Information Act Request

Dear FOIA Officer:

This is a request under the Freedom of Information Act.
I request that a copy of documents containing the
following information be provided to me:

-       The Individual Subcontracting Report (ISR/SF 294) and
the Summary Subcontracting Report (SSR/SF 295) for the
contract with PIID GSFC0200002DNAS500110 to General
Dynamics C4 Systems Incorporated, DUNS 153383612.

In order to help to determine my status for purposes of
determining the applicability of any fees, you should
know that I am the Director of Government Affairs for a
small business advocacy group and am seeking
information for use in our group's research and not for
commercial use.

The American Small Business League is willing to pay
fees for this request up to a maximum of $200.00. If
you estimate that the fees will exceed this limit,
please inform me first.

I have included a telephone number at which I can be
contacted during the hours of 8 a.m. to 5 p.m. Pacific,
if necessary to discuss any aspect of my request.

Thank you for your consideration of this request.

Sincerely,
Kevin Baron

Kevin Baron, Director of Government Affairs
American Small Business League
3910 Cypress Dr.
Petaluma CA, 94954
(707) 789-9575

```
-------------------------------------------------------------
Suitable Description Of Yourself:
Other:  other
Description and Purpose:  Affiliated with a private corporation and am
seeking information not for commercial use
-------------------------------------------------------------
Maximum amount willing to pay:  200.00
-------------------------------------------------------------
Explanation for Waiver:
-------------------------------------------------------------
Additional Comments:
-------------------------------------------------------------
```



NASA Home | HQ FOIA Home Page

*Last Update: May 15, 1997*
*Curator: SAIC Web Support*
*Responsible NASA Official: Kellie N. Robinson at (202) 358-2265*

January 5, 2010

NASA Goddard Space Flight Center
Freedom of Information Office
Code 130
Greenbelt, Maryland 20771

Re: Freedom of Information Act Request

Dear FOIA Officer:

This is a request under the Freedom of Information Act. I request that a copy of documents containing the following information be provided to me:

- The Individual Subcontracting Report (ISR/SF 294) and the Summary Subcontracting Report (SSR/SF 295) for the contract with PIID GSFC0200002DNAS500110 to General Dynamics C4 Systems Incorporated, DUNS 153383612.

In order to help to determine my status for purposes of determining the applicability of any fees, you should know that I am the Director of Government Affairs for a small business advocacy group and am seeking information for use in our group's research and not for commercial use.

The American Small Business League is willing to pay fees for this request up to a maximum of $200.00. If you estimate that the fees will exceed this limit, please inform me first.

I have included a telephone number at which I can be contacted during the hours of 8 a.m. to 5 p.m. Pacific, if necessary to discuss any aspect of my request.

Thank you for your consideration of this request.

Sincerely,


Kevin Baron, Director of Government Affairs
American Small Business League
3910 Cypress Dr.
Petaluma CA, 94954
(707) 789-9575

EXHIBIT B

**Kevin Baron**

**From:** HQ-FOIA [hq-foia@nasa.gov]
**Sent:** Tuesday, January 19, 2010 6:48 AM
**To:** Kevin Baron
**Subject:** RE: None

**Follow Up Flag:** Follow up
**Flag Status:** Red

Dear Requester,

This is in reference to your Freedom of Information Act (FOIA) request received on January 5, 2010.

Documents responsive to your request, if available, would be maintained at the NASA Goddard Space Flight Center (GSFC), in Greenbelt, MD. We are forwarding your request to the GSFC FOIA Requester Service Center for direct reply to you. Their contact info is:

NASA Goddard Space Flight Center (GSFC)
Greenbelt, MD 20771
Joan Belt, GSFC FOIA
Email: foia@gsfc.nasa.gov

Sincerely,


Headquarters FOIA Requester Service Center


-----Original Message-----
From: kbaron@asbl.com [mailto:kbaron@asbl.com]
Sent: Tuesday, January 05, 2010 7:08 PM
Subject: None

--------------------------------------------------------------
Name: Kevin Baron
Address: 3910 Cypress Drive, Suite B
Petaluma, CA 94954
Phone #: 707-789-9575
Fax #: 707-789-9580
E-mail: kbaron@asbl.com
--------------------------------------------------------------
Select the type of document that you are requesting:
Other
Description: January 5, 2010

NASA Goddard Space Flight Center
Freedom of Information Office
Code 130
Greenbelt, Maryland 20771

Re: Freedom of Information Act Request

Dear FOIA Officer:

This is a request under the Freedom of Information Act.
I request that a copy of documents containing the following information be provided to me:

- The Individual Subcontracting Report (ISR/SF 294) and the Summary Subcontracting Report (SSR/SF 295) for the contract with PIID GSFC0200002DNAS500110 to General Dynamics C4 Systems Incorporated, DUNS 153383612.

In order to help to determine my status for purposes of determining the applicability of any fees, you should know that I am the Director of Government Affairs for a small business advocacy group and am seeking information for use in our group's research and not for commercial use.

The American Small Business League is willing to pay fees for this request up to a maximum of $200.00. If you estimate that the fees will exceed this limit, please inform me first.

I have included a telephone number at which I can be contacted during the hours of 8 a.m. to 5 p.m. Pacific, if necessary to discuss any aspect of my request.

Thank you for your consideration of this request.

Sincerely,
Kevin Baron

Kevin Baron, Director of Government Affairs American Small Business League 3910 Cypress Dr.
Petaluma CA, 94954
(707) 789-9575

------------------------------------------------------------
Suitable Description Of Yourself:
Other: other
Description and Purpose: Affiliated with a private corporation and am seeking information not for commercial use
------------------------------------------------------------
Maximum amount willing to pay: 200.00
------------------------------------------------------------
Explanation for Waiver:
------------------------------------------------------------
Additional Comments:
------------------------------------------------------------

2

**EXHIBIT C**



# American
# small business
# League

**98% of all U.S. firms have less than 100 employees**

February 19, 2010

NASA Goddard Space Flight Center (GSFC)
Greenbelt, MD 20771
Joan Belt, GSFC FOIA

Re: Freedom of Information Act Request

Dear FOIA Officer:

This is an appeal under the Freedom of Information Act.

On January 5, 2010, I requested that a copy of documents containing the following information be provided to me:

- The Individual Subcontracting Report (ISR/SF 294) and the Summary Subcontracting Report (SSR/SF 295) for the contract with PIID GSFC0200002DNAS500110 to General Dynamics C4 Systems Incorporated, DUNS 153383612.

To date, I have not received the information requested in my request; therefore, I am appealing the request. Thank you for your consideration of this appeal.

Sincerely,

Kevin Baron, Director of Government Affairs
American Small Business League
3910 Cypress Dr.
Petaluma CA, 94954
(707) 789-9575