1  ROBERT E. BELSHAW (SBN 142028)
   OF COUNSEL
2  GUTIERREZ & ASSOCIATES
   244 California St. Ste. 300
3  San Francisco, California 94111
   Telephone: (415) 956-9590
4  Facsimile: (415) 986-8606

5  Attorneys for Plaintiff
   American Small Business League
6
   MELINDA HAAG (CSBN 132612)
7  United States Attorney
   JOANN M. SWANSON (CSBN 88143)
8  Chief, Civil Division
   NEILL T. TSENG (CSBN 220348)
9  Assistant United States Attorney

10    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
11    Telephone: (415) 436-7155
      FAX: (415) 436-6927
12    neill.tseng@usdoj.gov

13 Attorneys for Defendant
   NATIONAL AERONAUTICS AND SPACE ADMINISTRATION
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18
   AMERICAN SMALL BUSINESS           )   No. C 10-1836 SI
19 LEAGUE,                           )
                                     )   **STIPULATION TO CONTINUE DATE**
20         Plaintiff,                )   **OF INITIAL CASE MANAGEMENT**
                                     )   **CONFERENCE; [PROPOSED] ORDER**
21         v.                        )
                                     )
22 NATIONAL AERONAUTICS AND          )
   SPACE ADMINISTRATION,             )
23                                   )
           Defendant.                )
24                                   )
   _____
25
        Subject to the approval of the Court, the parties hereby stipulate that the initial case
26
   management conference in this action, currently scheduled for September 10, 2010, at 2:30 p.m.,
27
   will be continued to October 22, 2010, at 2:30 p.m., or as soon thereafter as the parties may be
28

STIPULATION TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
C 10-1836 SI

heard.  The parties request and have stipulated to this continuance because they anticipate being able to resolve and settle this action before that date without the need for further litigation.   The joint case management conference statement will be filed no later than five (5) court days prior to the conference.

DATED: September 2, 2010        By:         /s/
                                    ROBERT E. BELSHAW
                                    Attorney for Plaintiff


                                    MELINDA HAAG
                                    United States Attorney


DATED:  September 2, 2010       By:         /s/
                                    NEILL T. TSENG
                                    Assistant United States Attorney
                                    Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED:                              _____
                                    HONORABLE SUSAN ILLSTON
                                    UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
C 10-1836 SI